AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15CV27-WS/CJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kenneth Stephens__
was received by me on *(date)* __Aug. 19, 2015__.

☑ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __8/19/2015__

*Server's signature* (signed)

__Cynthia Wilkins  Sec. Spec.__
*Printed name and title*

__500 Ike Steele Rd. Wewa, Fl 32465__
*Server's address*

Additional information regarding attempted service, etc:

Filed0831'15UsDcFln5AM0953

Rec'd0901'15UsDcFln3PM0230

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15CV27-WS/CJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Christopher Cobb, Sgt.
was received by me on *(date)* Aug. 19, 2015 .

☑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 8/19/2015

*Cynthia Wilk*
Server's signature

Cynthia Wilkins   Sec. Spec.
Printed name and title

500 Ike Steek Rd. Wewa, Fl. 32465
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:15CV27-WS/CJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Timothy Dawson__
was received by me on *(date)* __Aug. 19, 2015__ .

☑ I personally served the summons on the individual at *(place)* __Gulf C.I.__
    on *(date)* __Aug. 19, 2015__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8/19/2015__

__Cynthia Wilk__
Server's signature

__Cynthia Wilkins, Sec. Spec.__
Printed name and title

__500 Ike Steele Rd. Wewa, Fl. 32465__
Server's address

Additional information regarding attempted service, etc: