IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AUBREY HALL,

    Plaintiff,

v.                      5:15cv27–WS/CJK

DAWSON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 50) docketed September 1, 2016. The magistrate judge recommends that (1) Defendant John Wesley Edens's motion to dismiss (doc. 46) be granted; and (2) the motion to dismiss filed by Defendants Cobb, Dawson, and Stephens be granted in part and denied in part. No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 50) is ADOPTED and incorporated by reference into this order.

2.  Defendant Edens's motion to dismiss (doc. 46) is GRANTED. The following claims against Edens are DISMISSED:

>   a. Plaintiff's procedural due process claim;
>
>   b. Plaintiff's intentional infliction of emotional distress claim;
>
>   c. Plaintiff's false imprisonment claim; and
>
>   d. Plaintiff's claims for compensatory and punitive damages.

3. The motion to dismiss (doc. 36) filed by Defendants Cobb, Dawson, and Stephens is GRANTED IN PART and DENIED IN PART. The following claims are DISMISSED:

>   a. Plaintiff's Eighth Amendment failure to intervene claim against Cobb and Stephens;
>
>   b. Plaintiff's First Amendment retaliation claim against Cobb and Stephens;
>
>   c. Plaintiff's "supervisory liability" claim against Dawson and Stephens;
>
>   d. Plaintiff's intentional infliction of emotional distress claim against Cobb, Dawson, and Stephens;

    e. Plaintiff's false imprisonment claim against Stephens; and

    f. Plaintiff's negligence claim against Dawson.

3. The case is REMANDED to the magistrate judge for further proceedings as to:

    a. Plaintiff's First Amendment retaliation claim against White, Dawson, and Edens;

    b. Plaintiff's racial discrimination claim against White;

    c. Plaintiff's Eighth Amendment failure to protect claim against Dawson;

    d. Plaintiff's Eighth Amendment excessive force claim against Stephens and Cobb;

    e. Plaintiff's Fourth and Fourteenth Amendment false arrest claim against Stephens; and

    f. Plaintiff's Fourteenth Amendment procedural due process claim against Stephens.

DONE AND ORDERED this   5th   day of   October  , 2016.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE