UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AUBREY HALL,

    Plaintiff,

v.                                        Case No. 5:15cv27-WS-CJK

DAWSON, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the court on plaintiff and defendants Dawson, Stephens, Cobb, and Edens' Joint Notice of Voluntary Dismissal with Prejudice. (Doc. 71). The notice indicates plaintiff's claims against these defendants have been resolved through settlement. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff's claims against the above-named defendants should be dismissed with prejudice.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's claims against defendants Dawson, Stephens, Cobb, and Edens be DISMISSED WITH PREJUDICE.

At Pensacola, Florida, this 10th day of April, 2017.

                                                     /s/ *Charles J. Kahn, Jr.*
                                                   **CHARLES J. KAHN, JR.**
                                                   **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.