IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AUBREY HALL,

    Plaintiff,

v.                                                    5:15cv27–WS/CJK

DAWSON, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 73) docketed April 10, 2017. The magistrate judge recommends that Dawson, Stephens, Cobb, and Edens be dismissed pursuant to the parties joint notice of voluntary dismissal.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 73) is hereby

ADOPTED and incorporated by reference in this order.

    2. Defendants Dawson, Stephens, Cobb, and Edens are DISMISSED WITH PREJUDICE from this action pursuant to the parties' Joint Notice of Voluntary Dismissal with Prejudice (doc. 71).

    3. The clerk shall return the case to the magistrate judge for further proceedings.

    DONE AND ORDERED this   2nd   day of    May   , 2017.


                        s/ William Stafford
                        WILLIAM STAFFORD
                        SENIOR UNITED STATES DISTRICT JUDGE