IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AUBREY HALL,

    Plaintiff,

v.                                                5:15cv27–WS/CJK

DAWSON, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 75) docketed May 15, 2017. The magistrate judge recommends that Robert White be dismissed from this action due to Plaintiff's failure to effect timely service under Fed. R. Civ. P. 4(m) and/or for his failure to comply with an order of the court. No objections have been filed to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 75) is hereby ADOPTED and incorporated by reference in this order.

2. Defendant White is DISMISSED from this action based on Plaintiff's failure to effect timely service under Fed. R. Civ. P. 4(m) and/or for his failure to comply with an order of the court.

3. All other defendants having been dismissed by previous order (doc. 74), the clerk shall enter judgment stating: "All claims against all defendants are dismissed with prejudice."

DONE AND ORDERED this ___14th___ day of ___June___, 2017.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE